

**ORDERED in the Southern District of Florida on June 6, 2025.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:     Maytee Sanchez                                    Case No.: 24-23638-LMI
                                                             Chapter 13

_____Debtor_____/

**ORDER SUSTAINING OBJECTION TO CLAIM OF LVNV FUNDING, LLC / RESURGENT CAPITAL SERVICES**

THIS MATTER having come to be heard without objection on the consent calendar on June 3, 2025 upon Debtor's Objection to Claim of Lvnv Funding, LLC/Resurgent Capital; claims #4 and 17 ("Objection") [ECF#24] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.
2. The claims are stricken and disallowed.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST
Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

LF-70 (rev. 12/01/09)