UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Maytee Sanchez                                              Case No.: 24-23638-LMI
                                                                     Chapter 13

_____Debtor_____/

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim of Lvnv Funding, LLC / Resurgent Capital Services and Notice of Hearing was sent to all parties on the attached service list on June 26, 2025.

Electronically & Mailed: Nancy K. Neidich, Trustee PO Box 279806, Hollywood, FL 33027

First Class Mail:

 Debtor(s), Maytee Sanchez
 1403 S LIBERTY AVE APT B
 Homestead, FL 33034

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Resurgent Capital Services
c/o David Lamb, Claims Proc.
PO Box 10587
Greenville, SC 29603-0587

Resurgent Capital Services,
c/o Bryan Faliero, CEO
PO Box 10497, Greenville, SC 29603

| | |
|---|---|
| Respectfully submitted:<br>June 26, 2025 | **Jose A. Blanco, P.A.**<br>By: */s/ Jose A. Blanco* \| FBN: 062449<br>Attorney for Debtor(s)<br>102 E 49th ST<br>Hialeah, FL 33013,<br>Tel. (305) 349-3463<br>E-mail: jose@blancopa.com |

LF-70 (rev. 12/01/09)